AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED

DEC 1 8 2018

U.S. DISTRICT COURT-WVND
WHEELING WV 26003

# UNITED STATES DISTRICT COURT
for the

Northern District of West Virginia

STEPHEN DAVIS, JR., Petitoner )
*Plaintiff* )
DEWAYNE HENDRIX, Warden ) Civil Action No. 5:18-CV-18
*Respondent* )
*Defendant* )

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ other: the Magistrate Judge's Report and Recommendation is Affirmed and Adopted; Respondent's motion to Dismiss or, alternatively, for Summary Judgment is GRANTED; Petitioner's motion to Strike is DENIED; Petitioner's Petition is Denied and Dismissed ; and this Civil action is DISMISSED WITH PREJUDICE; and STRICKEN from the active docket of this Court.. And it is further ORDERED that Petitioner has waived his right to seek appellate review.

This action was *(check one)*:

☐ decided by Judge FREDERICK P. STAMP, JR.

Date: 12/18/18

**Cheryl Dean Riley**
*CLERK OF COURT*

S. O. Abraham, Deputy Clerk

*Signature of Clerk or Deputy Clerk*